1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  THOMAS J. AHRENDTSEN and AARON          ) Case No.: 3:12-cv-03212-MMC
    M. LEVINE, on Behalf of Themselves and  )
12  All Others Similarly Situated,          )
                                            )
13              Plaintiffs,                 ) [PROPOSED] ORDER GRANTING
                                            ) APPLICATION FOR ADMISSION OF
14       v.                                 ) ATTORNEY *PRO HAC VICE*
                                            )
15  FACEBOOK, INC., et al.,                 )
                                            )
16              Defendants.                 )
                                            )

17

18       Charles S. Duggan, whose business address and telephone number is

19              Charles S. Duggan
                DAVIS POLK & WARDWELL LLP
20              450 Lexington Avenue
                New York, New York 10017
21              Telephone: (212) 450-4000

22  and who is an active member in good standing of the bar of the United States District Court for the

23  Southern District of New York, having applied in the above-entitled action for admission to

24  practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

25  Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Merrill Lynch,

26  Pierce, Fenner & Smith Incorporated; and Barclays Capital Inc.

27

28                                          1

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2    conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3    *vice.*  Service of papers upon and communication with co-counsel designated in the application will
4    constitute notice to the party.  All future filings in this action are subject to the requirements
5    contained in General Order No. 45, *Electronic Case Filing*.

7    Dated:  July 26, 2012

         _____
         The Honorable Maxine M. Chesney
         United States District Judge

2

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-CV-03212-MMC