**HARWOOD FEFFER LLP**
Joel C. Feffer
Samuel K. Rosen
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone:  (212) 935-7400
Facsimile:  (212) 753-3630

Attorneys for Plaintiff  Lawrence Corneck
 and proposed Plaintiff Stewart D. Pollak

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | **MDL No. 12-2389 (RWS)**<br><br>**ECF Case**<br><br>This document relates to the Consolidation Securities Action:<br><br>No. 12-cv-4081    No. 12-cv-4763<br>No. 12-cv-4099    No. 12-cv-4777<br>No. 12-cv-4131    No. 12-cv-5511<br>No. 12-cv-4150    No. 12-cv-7542<br>No. 12-cv-4157    No. 12-cv-7543<br>No. 12-cv-4184    No. 12-cv-7544<br>No. 12-cv-4194    No. 12-cv-7545<br>No. 12-cv-4215    No. 12-cv-7546<br>No. 12-cv-4252    No. 12-cv-7547<br>No. 12-cv-4291    No. 12-cv-7548<br>No. 12-cv-4312    No. 12-cv-7550<br>No. 12-cv-4332    No. 12-cv-7551<br>No. 12-cv-4360    No. 12-cv-7552<br>No. 12-cv-4362    No. 12-cv-7586<br>No. 12-cv-4551    No. 12-cv-7587<br>No. 12-cv-4648 |

**SUGGESTION OF PLAINTIFF'S DEATH AND**
<u>**NOTICE OF MOTION FOR SUBSTITUTION OF ESTATE**</u>

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 25(a), Stewart D. Pollak, executor of the estate of plaintiff Lawrence Corneck, hereby gives notice of the death of plaintiff Lawrence Corneck.

**PLEASE TAKE FURTHER NOTICE** that Stewart D. Pollak, by and through his undersigned counsel, will move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York, for an order, pursuant to Fed. R. Civ. P. Rule 25(a), substituting him, as the executor of the estate of Lawrence Corneck, deceased, as one of the plaintiffs in the within action. In support of this motion, Stewart D. Pollak submits the accompanying Declaration and Proposed Order.

Dated: May 28, 2015

**HARWOOD FEFFER LLP**

By:   s/ Joel C. Feffer
Joel C. Feffer
Samuel K. Rosen
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone:  (212) 935-7400
Facsimile: (212) 753-3630

Attorneys for Plaintiff Lawrence Corneck
 and proposed Plaintiff Stewart D. Pollak